UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 1:22-cv-23223-GAYLES

VENUS CONCEPT USA, INC., a
Delaware corporation,

    Plaintiff,

v.

EXOTIC V'S BEAUTY BAR AND SPA,
a California company, and VICTORIA
NABORNE, an individual,

    Defendants.
_____/

**PLAINTIFFS' MOTION FOR ENTRY OF
CLERK'S DEFAULT AS TO DEFENDANTS**

To:    Clerk of the United States District Court for the Southern District of Florida

    Plaintiff, Venus Concept USA, Inc. ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 55(a), respectfully requests that the Clerk of the Court enter defaults against Defendants, Exotic V's Beauty Bar and Spa and Victoria Naborne, for failure to answer, plead, or otherwise defend in a timely manner. In support of this request for entry of default against Defendants, Plaintiff relies upon the record in this case and the declaration attached hereto as Exhibit 1.

Dated: May 5, 2023        Respectfully submitted,

                                              **LEWIS BRISBOIS BISGAARD & SMITH, LLP**
                                              *Counsel for Venus Concept USA, Inc.*
                                              110 SE 6th Street, Suite 2600
                                              Fort Lauderdale, FL 33301
                                              Tel.: 954-728-1280
                                              Fax: 954-678-4090

                                              By: /s/ *David Robbins*_____
                                                    Vincent Alexander
                                                    Fla. Bar No. 68114
                                                    Vincent.Alexander@lewisbrisbois.com

David Robbins
Fla. Bar No. 1012340
David.Robbins@lewisbrisbois.com

## CERTIFICATE OF SERVICE

**I CERTIFY** that on May 5, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day by (1) transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record or pro se parties who are authorized to receive electronically Notice of Electronic Filing in this case; and (2) U.S. First Class Mail on the parties on the attached Service List.

By: /s/ *David Robbins*_____
David M. Robbins

## SERVICE LIST

**Exotic V's Beauty and Bar Spa**
2412 W Via Camille
Montebello, CA 90640
*Defendant*

**Victoria Naborne**
2412 W Via Camille
Montebello, CA 90640
*Defendant*

4854-2578-0813.1