# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**Case No.: 1:22-cv-23223-GAYLES**

VENUS CONCEPT USA, INC., a
Delaware corporation,

      Plaintiff,

v.

EXOTIC V'S BEAUTY BAR AND SPA,
a California company, and VICTORIA
NABORNE, an individual,

      Defendants.
_____/

**DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION**
**FOR ENTRY OF CLERK'S DEFAULT AS TO DEFENDANTS**

I, David M. Robbins, Esq., pursuant to 28 U.S.C. §1746, declare as follows:

1.      I am an attorney at Lewis Brisbois Bisgaard & Smith, LLP and represent Plaintiff, Venus Concept USA, Inc. ("Plaintiff"), in the above-referenced action, and I am familiar with the file, records, and pleadings in this matter.

2.      On August 2, 2022, Plaintiff filed a five-count complaint (the "Complaint") against Defendants, Exotic V's Beauty Bar and Spa and Victoria Naborne.

3.      On April 3, 2023, Defendants were served the summons, a copy of the Complaint, and all other initial filings in this case. *See* ECF Nos. 8, 9.

4.      A response to the Complaint from Defendants was due on April 24, 2023.

5.      Defendants have failed to appear, plead, or otherwise defend within the time allowed and, therefore, are now in default.

6.      Plaintiff requests that the Clerk of the Court enter defaults against Defendants.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 5, 2023.

/s/ *David Robbins* _____
David Robbins