UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

VENUS CONCEPT USA INC.

PLAINTIFF(S)

CASE NUMBER
1:22−cv−23223−DPG

v.

EXOTIC V'S BEAUTY BAR AND SPA, et al.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Exotic V's Beauty Bar and Spa
Victoria Naborne**

as of course, on the date May 8, 2023.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Lisa Streets*
Deputy Clerk

cc:  Judge Darrin P. Gayles
     Venus Concept USA Inc.

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)