UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:22-cv-23223

VENUS CONCEPT USA INC., a
Delaware corporation,

    Plaintiff,

v.

Exotic V's Beauty Bar and Spa, a California
company, and Victoria Naborne,
an individual,

    Defendants.
_____/

## DECLARATION AS TO MILITARY SERVICE

I, Vincent F. Alexander, Esq., represent Plaintiff, Venus Concept USA, Inc. ("Venus"). To support Plaintiff's application for a default final judgment and to comply with the Servicemembers Civil Relief Act (SCRA) (formerly known as Soldiers' and Sailors' Civil Relief Act of 1940), pursuant to 28 U.S.C. § 1746, I declare as follows to the best of my knowledge, information, and belief:

_____ I know of my own personal knowledge that Victoria Naborne IS on active duty in the military service of the United States.

\_\_\_\_\_ I know of my own personal knowledge that Victoria Naborne IS NOT now on active duty in the military service of the United States, nor has Victoria Naborne been on active military service of the United States within a period of thirty (30) days immediately before this date. "Active Service" includes reserve members of the Army, Navy, Air Force, Coast Guard, and

1

Marines who have been ordered to report for active duty and members of the Florida National Guard who have been ordered to report to active duty for a period of more than thirty (30) days.

_____ I have contacted the military services of the United States and the U.S. Public Health Service and have obtained certificates showing that Victoria Naborne is not on active duty status. These certificates are attached.

\_\_\_X\_\_ I have attempted to determine the military status of Victoria Naborne, but do not have sufficient information. This is what I have done to determine whether or not Victoria Naborne is on active duty in the United States military:

**Searched the Department of Defense Manpower Data Center, search report attached. I have no reason to believe that she is on active duty at this time.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 2, 2023

/s/ Vincent F. Alexander
Vincent F. Alexander
Fla. Bar No. 68114
*Counsel for Plaintiff*
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
110 SE 6th St., Ste. 2600
Ft. Lauderdale, FL 33301
Tel: (954) 728-1280
Fax: (954) 678-4090
vincent.alexander@lewisbrisbois.com